Argued and submitted October 29, affirmed November 24, 1999

STATE OF OREGON,
*Respondent,*

*v.*

LISA W. YU,
*Appellant.*

(9706-45484; CA A100377)

991 P2d 576

Robin A. Jones, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Public Defender.

Rolf C. Moan, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Rangel*, 328 Or 294, 977 P2d 379 (1999); *Johnson v. McGrew*, 137 Or App 55, 902 P2d 1209, *rev den* 322 Or 361 (1995).